MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94l05
Telephone: (4l5) 882-7900
Facsimile: (415) 882-9287

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS BENEFICIAL AND HOLIDAY FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN, AND DAVID AYALA AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>Plaintiffs,<br><br>v.<br><br>A TOUCH OF CLASS PAINTING, INC.<br><br>Defendant. | CASE NO.: C 05-3108 SI<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs submit this request to continue the Case Management Conference currently scheduled for Thursday, December 1, 2005 at 9:00 a.m.:

    1.    Defendant's default was entered by this Court on August 25, 2005.

    2.    Plaintiffs have prepared a Motion for Default Judgment, intending to have it filed early last week. Due to the Thanksgiving Holiday, there has been some delay in obtaining the signed Declarations of the Trust Funds' administrator and the plaintiffs' auditor, both of which are

**REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE**
Case No.: C 05-3108 SI

1

1 | part of the Motion for Default Judgment.

2 |     3.    As soon as the Declarations are signed, plaintiffs will file the Motion. This is
3 | expected to occur by the end of this week.

4 |     4.    As defendant is in default, and plaintiffs are filing a Motion for Default Judgment,
5 | there are no Case Management issues to be discussed at this time. Accordingly, plaintiffs request that
6 | the conference either be vacated, or continued to allow for the hearing of plaintiff's Motion.

                                        SALTZMAN & JOHNSON
                                        LAW CORPORATION

                                        By:         /s/
                                                   Michele R. Stafford
                                                    Attorneys for Plaintiffs

**IT IS SO ORDERED** — /s/ Judge Susan Illston (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

January 20, 2006, at 9:00 a.m. has been reserved for the hearing on the motion for entry of default judgment.

**REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE**
Case No.: C 05-3108 SI

2