1  MURIEL B. KAPLAN, ESQ. (SBN: 124607)
   MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA  94l05
   Telephone:  (415) 882-7900
4  Facsimile:   (415) 882-9287
   email@sjlawcorp.com
5
   Attorneys for Plaintiffs
6  Trustees of Bay Area Painters and Tapers, et al.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10  BAY AREA PAINTERS AND TAPERS              Case No.: C 05-3108 SI
    PENSION FUND, et al.,
11                                            **REVISED (PROPOSED) JUDGMENT**
                     Plaintiffs,
12
13  vs.

14  A TOUCH OF CLASS PAINTING, INC.,
15                   Defendant.
16

17       The defendant A TOUCH OF CLASS PAINTING, INC., having failed to plead or otherwise
18  defend in this action and its default having been entered,
19       Now, upon application of the plaintiffs and upon declaration that defendant has failed and
20  refused to make full payment of amounts owed to plaintiffs for hours worked by defendant's
21  employees between the months of July 2004, through August 2005, and failed to make payment on
22  amounts found due on audit for the period from July 1, 2000 through December 31, 2000, under the
23  Collective Bargaining Agreement, that defendant has been defaulted for failure to appear, and that
24  defendant is not an infant, nor incompetent, nor in the military service of the United States:
25       IT IS ORDERED, ADJUDGED AND DECREED as follows:
26       1.    That plaintiffs recover from defendant a Touch of Class Painting, Inc., all sums due
27  and owing under the terms of the Collective Bargaining Agreement, totaling **$92,445.16**, as follows:
28

**REVISED (PROPOSED) JUDGMENT**
**Case No.:  C 05-3108 SI**
P:\CLIENTS\PATCL\A Touch of Class\Pleadings\Revised Proposed Judgment 032006.wpd

- 1 -

| | | | |
|---|---|---|---|
| Unpaid Contributions | 7/04-8/05 | | $33,483.09 |
| 10% Liquidated Damages | 7/04-1/06 | | $5,630.37 |
| Interest at 7% per annum | to 3/24/06 | | $3,543.23 |
| Audit Findings | 7/1/00-12/31/00 | | $36,576.69 |
| Auditor Fees | | | $3,034.53 |
| Attorneys Fees | 6/14/05 to 11/22/05<br>11/22/05 to 3/15/05 | $5,223.75<br>$4,648.50 | $9,872.25 |
| Costs of Suit | | | $305.00 |
| **TOTAL:** | | | **$92,445.16** |

2.   That the Court retain jurisdiction over this matter.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**REVISED (PROPOSED) JUDGMENT**
**Case No.:  C 05-3108 SI**
P:\CLIENTS\PATCL\A Touch of Class\Pleadings\Revised Proposed Judgment 032006.wpd

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am employed in the County of San Francisco, State of California. I am over the age |
| 3 | of eighteen years and not a party to the within action; my business address is 120 Howard Street, Suite |
| 4 | 520, San Francisco, California 94105. |
| 5 |   |
| 6 | On March 20, 2006, I served the following document: |
| 7 | REVISED (PROPOSED) JUDGMENT |

on interested parties in this action:

John Johnson
A Touch of Class Painting
870 Market Street, Suite 657
San Francisco, CA 94102

by placing a true copy thereof enclosed in sealed envelope(s), with postage fully prepaid for first-class mail addressed to the parties listed below and deposited for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 20, 2006, at San Francisco, California.

_____/s/_____
Vanessa de Fabrega

**REVISED (PROPOSED) JUDGMENT**
**Case No.: C 05-3108 SI**
P:\CLIENTS\PATCL\A Touch of Class\Pleadings\Revised Proposed Judgment 032006.wpd

- 3 -